1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICHARD KLEIN

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. CR.S-11-457-GEB
11                                   )
                   Plaintiff,        )        **AMENDED**
12                                   )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                           )    **CONTINUING STATUS CONFERENCE**
13                                   )       **AND EXCLUDING TIME**
   RICHARD KLEIN,                    )
14                                   )  Date:  January 6, 2012
                   Defendant.        )  Time:  9:00 a.m.
15 _____   )  Judge: Hon. Garland E. Burrell Jr.
                                     )
16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, JASON HITT, Assistant United States Attorney,

19  attorney for Plaintiff, and MATTHEW SCOBLE, attorney for RICHARD KLEIN,

20  that the status conference hearing date of December 2, 2011 be vacated,

21  and the matter be set for status conference on January 6, 2012 at 9:00

22  a.m.

23       The reason for this continuance is to allow defense counsel

24  additional time to review discovery with the defendant, to examine

25  possible defenses and to continue investigating the facts of the case.

26       Based upon the foregoing, the parties agree that the time under

27  the Speedy Trial Act should be excluded from the date of signing of

28  this order through and including January 6, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
T4 based upon continuity of counsel and defense preparation.

DATED:   November 30, 2011.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Matthew Scoble
                                               MATTHEW SCOBLE
                                               Designated Counsel for Service
                                               Attorney for RICHARD KLEIN


DATED:   November 30, 2011.                    BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Matthew Scoble for
                                               JASON HITT
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff




                                  ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the December 2, 2011, status conference hearing be
continued to January 6, 2012, at 9:00 a.m.  Based on the representation
of defense counsel and good cause appearing there from, the Court
hereby finds that the failure to grant a continuance in this case would
deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  The
Court finds that the ends of justice to be served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  It is ordered that time up to and including the
January 6, 2012 status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge