| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | MATTHEW SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | RICHARD RAYMOND KLEIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-00457-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE AND** |
| | ) | **TO EXCLUDE TIME PURSUANT TO THE** |
| RICHARD RAYMOND KLEIN, | ) | **SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | Date: April 5, 2013 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, Assistant Federal Defender, attorney for RICHARD RAYMOND KLEIN, that the status conference hearing date of Friday, February 15, 2013, be vacated and a new status conference hearing date of Friday, April 5, 2013, at 9:00 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 5, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity

///

///

of counsel and defense preparation, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 13, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Matthew Scoble
MATTHEW SCOBLE
Attorney for Defendant
RICHARD RAYMOND KLEIN

DATED: February 13, 2013

BENJAMIN WAGNER
United States Attorney

/s/ Matthew Scoble for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 13, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Friday, February 15, 2013, be vacated and that the case be set for **Friday, April 5, 2013, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 13, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of the signing of this order through and including April 5, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge