| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | RICHARD RAYMOND KLEIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-CR-457 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE AND TO EXCLUDE |
| v. | ) | TIME |
| | ) | |
| RICHARD RAYMOND KLEIN, | ) | Date: September 26, 2013 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Honorable Troy L. Nunley |
| | ) | |

RICHARD RAYMOND KLEIN by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and JASON HITT, Assistant United States Attorney, hereby agree that the status conference set for September 5, 2013, be continued to September 26, 2013, at 9:30 a.m.

This continuance is necessary because counsel needs additional time to consult with his client, review the current charges, review discovery, and discuss potential resolutions.

Counsel, along with the defendant, agree that the time from September 3, 2013 through September 26, 2013, should be excluded in computing the time within which the trial must commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4, [continuity of counsel] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

Stipulation to Continue Status Conference        -1-        *US v. Klein, 11-CR-457 TLN*

| | |
|---|---|
| DATED: September 3, 2013 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for RICHARD RAYMOND KLEIN |
| DATED: September 3, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Matthew M. Scoble for*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 26, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for counsel to prepare). It is further ordered that the September 5, 2013 status conference shall be continued until September 26, 2013, at 9:30 a.m.

Dated: September 4, 2013

Troy L. Nunley
United States District Judge